RAFAEL ALVERIO LÓPEZ, demandante y recurrido, *v.* JACQUE-LINE ORTIZ QUIÑONES, demandada y recurrida; CITIBANK, N.A., interventora y peticionaria.

*Número:* CC-95-60          *Resuelto:* 6 de octubre de 1995

*Roberto López García,* abogado de la parte peticionaria.

## RESOLUCIÓN

A la anterior petición de *certiorari, no ha lugar.*

La nueva Ley de la Judicatura de Puerto Rico de 1994 —Ley Núm. 1 de 28 de julio de 1994 (4 L.P.R.A. sec. 22 *et seq.*)— creó el Tribunal de Circuito de Apelaciones y consolidó en un sólo Tribunal de Instancia las secciones del Superior y de Distrito.

Este ordenamiento exige una mayor rigurosidad en la práctica apelativa ante este Tribunal, en lo referente a la doctrina vigente sobre frivolidad y temeridad y a la consabida imposición de sanciones o de honorarios de abogados.

Apercibimos a los abogados de que, en el futuro, los recursos frívolos estarán expuestos a tales sanciones.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
Secretario General